UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC D. ADAMS,

    Defendant.

Case No. 21-CR
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

21-CR-060

---

## INDICTMENT

---

**THE GRAND JURY CHARGES THAT:**

1. On or about January 11, 2021, in the State and Eastern District of Wisconsin,

**ERIC D. ADAMS,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Taurus, model G3C, 9mm pistol, bearing serial number ABE627443.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

FOREPERSON
Date: 3/16/2021

RICHARD G. FROHLING
Acting United States Attorney

Case 2:21-cr-00060-JPS     Filed 03/16/21     Page 1 of 1     Document 1