# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ERIC D. ADAMS,<br><br>      Defendant. | Case No. 21-CR-60-JPS<br><br>**ORDER** |

  On March 16, 2021, the Grand Jury returned a single-count indictment (the "Indictment"), in which it charged Defendant with violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (Docket #1). The parties filed a plea agreement as to the single count within Indictment. (Docket #12). Thereafter, the parties appeared before Magistrate Judge Nancy Joseph, via videoconference, for a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #13). Defendant pleaded guilty to the single count in the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #14 at 1).

  Magistrate Judge Joseph filed a Report and Recommendation, recommending that: (1) Defendant's guilty plea be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of

Criminal Procedure 59(b), Magistrate Judge Joseph advised the parties that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.* at 2). Neither party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection(s) thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Joseph's Report and Recommendation (Docket #14) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 4th day of October, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge