# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alex Vlisides
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

January 12, 2022

Hon J.P. Stadtmueller
U.S. District Court
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re:    *United States v. Eric Adams*
       Case No. 21-cr-60

Dear Judge Stadtmueller:

Enclosed are letters in support of Eric Adams. The first is an email and an attached letter from his former boss at the Kimpton Hotel, Scott Pate, and another from his cousin, Albert McLaurin. Thank you.

Sincerely,

*/s/ John Campion*
John W. Campion,
Associate Federal Defender
enclosure